IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation ) ) ) ) ) ) THIS ORDER APPLIES TO ) *Tucker v. Argent Mortgage* ) *Company et al,* ) *08-cv-992, N.D.Ill* ) | Case No. 05 C 7097<br>Judge Marvin E. Aspen<br>Magistrate Judge Daniel G. Martin |

## **ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants [23], Plaintiff Sarah Tucker claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees . Civil case terminated.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

6/24/14

_____
Marvin E. Aspen
United States District Judge